1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4

5  Attorney for Defendant, ANTONIO BAROCIO-VALENCIA

6

7

8  UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9  FRESNO DIVISION

10

11 | UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:13-CR-00312 |
12 | Plaintiff, | ) | |
13 | v. | ) | STIPULATION AND ORDER FOR RELEASE OF PASSPORT |
14 | ANTONIO BAROCIO-VALENCIA, | ) | |
15 | Defendant. | ) | |

17  **IT IS HEREBY STIPULATED**, by and between the defendant ANTONIO BAROCIO-

18 VALENCIA by and through his attorney Salvatore Sciandra and the government by and through its

19 attorney Laurel J. Montoya, that this Court order that BAROCIO-VALENCIA's United States passport

20 filed with the Clerk of this Court on August 5, 2013 be released to Leticia Barocio forthwith.  The

21 justification for this stipulation is that defendant ANTONIO BAROCIO-VALENCIA will be taking

22 his United States citizens examination on August 14, 2013 and he is required to present his passport

23 at the time of the examination.  Laticia Barocio shall at all times maintain possession of ANTONIO

24 BAROCIO-VALENCIA's passport and no later than August 15, 2013, send ANTONIO BAROCIO-

25 VALENCIA's passport by United States mail to Salvatore Sciandra, counsel for ANTONIO

26 BAROCIO-VALENCIA.  Mr. Sciandra will then file ANTONIO BAROCIO-VALENCIA's passport

27 with the Clerk of this Court within 24 hours after it is received by him.

28 / / /

| | |
|---|---|
| DATED: August 9, 2013 | /s/ Salvatore Sciandra<br>SALVATORE SCIANDRA<br>Attorney for Defendant,<br>ANTONIO BAROCIO-VALENCIA |
| DATED: August 9, 2013 | /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant U.S. Attorney |
| | This was agreed to in court today. |

## ORDER

**GOOD CAUSE APPEARING**, and it having been stipulated to by and between the defendant ANTONIO BAROCIO-VALENCIA by and through his attorney Salvatore Sciandra and the government by and through its attorney AUSA Laurel J. Montoya, this Court orders that the Clerk of the Court for the Eastern District of California, Fresno Division release forthwith to Leticia Barocio defendant ANTONIO BAROCIO-VALENCIA's United States passport filed with the Clerk of this Court on August 5, 2013. **IT IS FURTHER ORDERED THAT:** Laticia Barocio shall at all times maintain possession of ANTONIO BAROCIO-VALENCIA's passport and no later than August 15, 2013 send ANTONIO BAROCIO-VALENCIA's passport by United States mail to Salvatore Sciandra, counsel for ANTONIO BAROCIO-VALENCIA. Mr. Sciandra is ordered to then file ANTONIO BAROCIO-VALENCIA's passport with the Clerk of this Court within 24 hours after it is received by him.

IT IS SO ORDERED.

Dated:   August 9, 2013                    /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE