SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, ANTONIO BAROCIO-VALENCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO BAROCIO-VALENCIA,<br><br>Defendant. | CASE NO: 1:13-CR-00312-AWI/BAM<br><br>*AMENDED* – WAIVER OF PERSONAL PRESENCE OF ANTONIO BAROCIO-VALENCIA ORDER |

I, ANTONIO BAROCIO-VALENCIA, having been fully advised of my right to be present at the Status Conference Hearing in the above-captioned matter set for Tuesday, October 14, 2014 at the hour of 1:00 p.m. in the courtroom of the Honorable Barbara A. McAuliffe, I hereby waive my right to be present.

Dated: October 29, 2014                     /s/   Antonio Barocio-Valencia
                                                              ANTONIO BAROCIO-VALENCIA

**ORDER**

**IT IS SO ORDERED** that Defendants appearance is waived for October 14, 2014 hearing, which the Court instructed Attorney Sciandra to have on file.

IT IS SO ORDERED.

Dated:   **November 7, 2014**          /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE