SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, ANTONIO BAROCIO-VALENCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ANTONIO BAROCIO-VALENCIA,<br><br>Defendant. | CASE NO: 1:13-CR-00312-AWI-BAM-2<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING<br><br>Date:          Tuesday, January 20, 2015<br>Time:          10:00 a.m.<br>Courtroom:  Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant ANTONIO BAROCIO-VALENCIA by and through his attorney that the date set for the Change of Plea hearing on Tuesday, January 20, 2015 at 10:00 a.m. be continued to Monday, February 9, 2015 at 10:00 a.m.  The justification for this request is as follows: Through inadvertence, counsel for the defendant, set the Change of Plea hearing in this matter on a date he had previously been committed to being in Los Angeles on personal matters.  February 9, 2015 is the next available date for both the defense and the government.

The parties therefore request that the Change of Plea hearing currently set on January 20, 2015 be continued to February 9, 2015.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. Sections 3161(h)(1)(F), 3161(h)(7)(A), 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

1

Respectfully submitted,

DATED: January 13, 2015            /s/  Salvatore Sciandra
                                  SALVATORE SCIANDRA
                                  Attorney for Defendant,
                                  ANTONIO BAROCIO-VALENCIA


DATED: January 13, 2015            /s/  Laurel J. Montoya
                                  LAUREL J. MONTOYA
                                  Assistant United States Attorney

                                  Agreed to via phone on 1/13/2015.

## ORDER

**IT IS SO FOUND AND ORDERED.** For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, within which trial must commence, the time period of the date of this stipulation to February 9, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  January 13, 2015           _____
                                   SENIOR  DISTRICT  JUDGE

2