SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, ANTONIO BAROCIO-VALENCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br><br>ANTONIO BAROCIO-VALENCIA,<br><br>                Defendant. | CASE NO:  1:13-CR-00312-AWI/BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date:         Tuesday, May 26, 2015<br>Time:        10:00 a.m.<br>Courtroom:  Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant ANTONIO BAROCIO-VALENCIA by and through his attorney that the date set for the Sentencing hearing on Tuesday, May 26, 2015 at 10:00 a.m. be continued to Monday, June 8, 2015 at 10:00 a.m.  The justification for this request is as follows:

Recently, counsel's wife was rescheduled for major surgery from April 27, 2015 to May 18, 2015.  It will be necessary for counsel to be providing care for her on the date that sentencing in this matter is currently set.

The parties therefore request that the Sentencing hearing currently set on May 26, 2015 be continued to June 8, 2015.

1

Respectfully submitted,

DATED: May 18, 2015        /s/   Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
ANTONIO BAROCIO-VALENCIA


DATED: May 18, 2015        /s/   Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

Agreed to via email on 5/18/15


## ORDER

**IT IS SO FOUND AND ORDERED.**  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq*., within which trial must commence, the time period of the date of this stipulation to February 9, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   May 18, 2015                    _____
                                          SENIOR  DISTRICT  JUDGE

2