SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, ANTONIO BAROCIO-VALENCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ANTONIO BAROCIO-VALENCIA,<br><br>Defendant. | CASE NO: 1:13-CR-00312-AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date:    Monday, June 8, 2015<br>Time:    10:00 a.m.<br>Courtroom: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant ANTONIO BAROCIO-VALENCIA by and through his attorney that the date set for the Sentencing hearing on Monday, June 8, 2015 at 10:00 a.m. be continued to Monday, July 6, 2015 at 10:00 a.m.  The justification for this request is as follows:

The parties are in discussions concerning complex sentencing issues raised by the defendant's formal objections and sentencing recommendation.  Both parties desire further time to resolve these issues and for the government to respond to the defendants formal objections.

The parties therefore request that the Sentencing hearing currently set on Monday, June 8, 2015 be continued to Monday, July 6, 2015.

/ / /

/ / /

Respectfully submitted,

1

DATED:  June 4, 2015          /s/   Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
ANTONIO BAROCIO-VALENCIA


DATED:  June 4, 2015          /s/   Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

Agreed to via telephone on 6/4/2015.

**ORDER**

The Sentencing hearing as to Antoio Barocio-Valencia previously set for June 8, 2015, is continued to Monday, July 6, 2015, at 10:00 a.m.  in Courtroom 2 before Senior District Judge Anthony W Ishii.

IT IS SO ORDERED.

Dated:   June 4, 2015                              _____
                                               SENIOR  DISTRICT  JUDGE